# United States Court of Appeals
## For the First Circuit

No. 03-2087

JAMES GILLESPIE and DEBORAH GILLESPIE,

Plaintiffs, Appellees,

v.

SEARS, ROEBUCK & COMPANY and
EMERSON ELECTRIC COMPANY,

Defendants, Appellants.

ERRATA

The opinion of this Court, issued on October 6, 2004, should be amended as follows.

On page 3, line 8 of first paragraph, replace "labeling" with "warning".

On page 6, line 6 of footnote 2, replace "standards" with "standard".

On page 12, line 1 of second paragraph, delete "also".

On page 15, footnote 6, replace lines 2-3 after the word "2000)", with the following:

> (requiring an affirmative showing that the
> jury "probably was confused: by being
> instructed on a claim or.

On page 19, line 7 of footnote 9, insert a space before "<u>and</u>".